## Walter Bros. *v.* Moseley *et al.* ·

APPEAL from Montgomery City Court, in Equity.
Heard before the Hon., A. D. SAYRE.

GUNTER & GUNTER, for appellants.

No counsel marked as appearing for appellees.

The bill in this case was filed by the appellees against
the appellants, Walter Brothers, to redeem property
sold under a power of sale contained in a mortgage and
purchased by the defendants, Walter Brothers. There
was a decree granting the relief prayed for, and from.
this decree the defendants prosecute the present ap-
peal; and assign the rendition thereof as error.
The judgment is affirmed.

Opinion by HARALSON, J.